AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00019 |
| Ryan Michael English (AKA: "Reily" Michael English) | ) Assigned To : Judge Matthew J. Sharbaugh |
| DOB: XXXXXX | ) Assign. Date : 01/28/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 27, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S. Code § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm), 40 U.S. Code § 5104(e)(1)(A) (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol). | |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Peter Campopiano, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/28/2025

*Judge's signature*

City and state: Washington, D.C.      Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*