AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Ryan Michael English (AKA: "Reily" Michael English)<br><br>*Defendant* | Case: 1:25-mj-00019<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 1/28/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __Ryan Michael English__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 U.S. Code § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm),
40 U.S. Code § 5104(e)(1)(A) (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol).

Date: 01/28/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/28/25, and the person was arrested on *(date)* 1/28/25
at *(city and state)* Washington, DC

Date: 1/28/25

*Arresting officer's signature*

Ryan Owens, NUSM
*Printed name and title*