UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 25-MJ-19 (MJS) |
| v. | : | |
| | : | |
| **ENGLISH,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Justin F. Song, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

By:   /s//Justin F. Song
  Justin F. Song
  Assistant United States Attorney
  NY Bar Number 5626379
  601 D Street NW
  Washington, DC 20530
  Office: (202) 252-7674
  Justin.song@usdoj.gov