UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Case No. 25-MJ-019 |
| v. | : |
| | : |
| RYAN MICHAEL ENGLISH, | : |
| Defendant. | : |
| | : |

### NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Monica Svetoslavov, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                                            Respectfully submitted,

                                                            EDWARD R. MARTIN, JR.
                                                            United States Attorney
                                                            D.C. Bar No. 481866

By:    */s/ Monica Svetoslavov*
           MONICA SVETOSLAVOV
           Special Assistant United States Attorney
           D.C. Bar No. 252645
           United States Attorney's Office
           District of Columbia
           601 D Street, NW,
           Washington, D.C. 20530
           (202) 252-0844
           Monica.Svetoslavov2@usdoj.gov